**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTÉ D. POINTER Esq. SBN 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrislaw.com
lateef.gray@johnburrislaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON SIMPSON,<br><br>                Plaintiff,<br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.<br><br>                Defendants. | Case: 17-00133 KAW<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR PLAINTIFF'S PRESENCE AT SETTLEMENT CONFERENCE**<br><br>Settlement Conf:  June 27, 2017<br>Hon:  Laurel Beeler<br>Time of Delivery:  9:15 a.m. |

TO:     Alameda County Sheriff's Department
         Litigation Division
         1401 Lakeside Drive
         Oakland, California 94612

         Alameda County Sheriff's Department
         Santa Rita Jail - Transportation Division
         5325 Broder Blvd
         Dublin, CA 94568

1

The Court, having reviewed Plaintiff's Unopposed Motion for Writ of Habeas Corpus Ad Testificandum for Brandon Simpson, hereby GRANTS the motion.

The Court hereby issues a Writ of Habeas Corpus Ad Testificandum to secure the appearance of BRANDON SIMPSON, PFN BFI303, at the Settlement Conference in this matter on June 27, 2017, beginning at 10:00 a.m., before the Honorable Laurel Beeler, United States Magistrate Judge, 450 Golden Gate Avenue, Courtroom C, Fifteenth Floor, San Francisco, CA 94102.

The Court further orders that Plaintiff shall pay the usual and customary charges of the Alameda County Sherriff's Department for the transportation and custody of Mr. Simpson for the settlement conference, and that Plaintiff may seek reimbursement of all expenses from Defendants should he prevail in this matter.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:  June 19, 2017    _____

Honorable Judge Laurel Beeler
United States Magistrate Judge

2