UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDON SIMPSON,
                    Plaintiff,
  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.
                    Defendants.

Case: 17-00133 KAW

**WRIT OF HABEAS CORPUS AND TESTIFICANDUM**

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus and Testificandum for the person of BRANDON SIMPSON, PFN BFI303, whose place of custody and jailor are set forth in the Writ, attached hereto, as the presence of the said person will be necessary at the Settlement Conference proceedings on June 27, 2017, at 10:00 a.m., in the above entitled case and thereafter as may be required.

June 19, 2017

Date

*[signature]*

Honorable Judge Laurel Beeler

**The Law Offices of John L. Burris**
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200

1