DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3933
Facsimile: (415) 554-3837
E-Mail: james.hannawalt@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JOHN FERGUS, NICHOLAS BUCKLEY,
ELIZABETH MORSE and ANDREW CLIFFORD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON SIMPSON,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; JOHN FERGUS, individually and in his capacity as a City of San Francisco Police Officer; NICHOLAS BUCKLEY, individually and in his capacity as a City of San Francisco Police Officer; ELIZABETH NORSE, individually and in his capacity as a City of San Francisco Police Officer; ANDREW CLIFFORD, individually and in his capacity as a City of San Francisco Police Officer; DOES 1-50 inclusive,<br><br>Defendants. | Case No. 4:17-cv-00133-KAW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date: November 7, 2017<br>Time: 1:30 p.m.<br>Place: Courtroom 4, 3rd Floor<br>1301 Clay St.<br>Oakland CA<br><br>Trial Date: Not Set |

Deputy City Attorney James Hannawalt, counsel for Defendants City and County of San Francisco, John Fergus, Nicholas Buckley, Elizabeth Morse and Andrew Clifford is unavailable to attend the November 7, 2017 Case Management Conference as he is currently in jury trial in San Francisco Superior Court. The trial is expected to continue until at least November 10, 2017. (*Nicholas Taake v. City and County of San Francisco*, CGC-16-553664)

1  The parties stipulate, though their attorneys of record, to continue the Case Management
2  Conference to November 21, 2017.

4  Dated: November 1, 2017

DENNIS J. HERRERA
City Attorney

By: */s/ James Hannawalt*
JAMES HANNAWALT
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

10 Dated: November 1, 2017

ADANTE POINTER
Law Offices of John L. Burris

By: */s/ Adante Pointer*
ADANTE POINTER
Attorneys for Plaintiff Brandon Simpson

# [~~PROPOSED~~] ORDER

Having considered the stipulation filed by the parties, and good cause appearing, the court hereby ORDERS that the case management conference ("CMC") currently scheduled for November 7, 2017, at 1:30 p.m. be rescheduled to November 21, 2017 at 1:30 p.m., or to another date more convenient to the court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  11/3/17

_____
HON. KANDIS A. WESTMORE
United States Magistrate Judge